UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | : Case #:   # M:05-CV-1699 : : MDL No. 06-0878 |
| This Order Relates to: | : : Judge: Honorable Charles R. Breyer, |
| GAIL RATCLIFF, ET AL vs. PFIZER, INC. Case No.: 2:05-cv-222 | : **STIPULATION AND ORDER OF** : **SUBSTITUTION OF ATTORNEY** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties to this action, by and through their designated counsel, that Alissa J. Magenheim of O'Connor, Acciani, & Levy, LPA, 2200 Kroger Building, 1014 Vine Street, Cincinnati, OH 45202, (513) 241-7111, AJM@OAL-law.com, is hereby substituted as Attorney of Record for Plaintiff, Gail Ratcliff, in the above captioned matter, in place of Dennis C. Mahoney.

Date: May 17, 2006       /s/Dennis C. Mahoney
                         Dennis C. Mahoney
                         Attorney for Plaintiff

Date: May 16, 2006       /s/Alissa J. Magenheim
                         Alissa J. Magenheim
                         Attorney for Plaintiff

DATE: May 15, 2006       /s/Carol Dan Browning
                         Carol Dan Browning
                         Attorney for Defendant Pfizer Inc.

**IT BEING SO STIPULATED, IT IS HEREBY ORDERED**

Dated: __May 24, 2006_____    _____
                                      HONORABLE CHARLES R. BREYER
                                      UNITED STATES DISTRICT JUDGE

*[Seal: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California]*