1

2
Attorneys for Plaintiffs: Gail Ratcliff, Mark Ratcliff & Austin Ratcliff
3

4

5

6

7

8

9                          UNITED STATES DISTRICT COURT

10                       NORTHERN DISTRICT OF CALIFORNIA

11

12

13                                              )   **Case No. 3:06-cv-878 CRB**
                                                )
     IN RE: BEXTRA AND CELEBREX                 )
14   MARKETING SALES PRACTICES AND              )   **MDL NO. 1699**
     PRODUCT LIABILITY LITIGATION               )   **District Judge:  Charles R. Breyer**
15                                              )
                                                )
16                                              )
                                                )
17   Gail Ratcliff, et al.                      )
                                                )   **STIPULATION AND ORDER OF**
18                              Plaintiffs,      )   **DISMISSAL WITH PREJUDICE**
                                                )
19                     vs.                      )
                                                )
20   Pfizer, Inc., et al.                       )
                               Defendants.      )
21

22
           Come now the Plaintiff, GAIL RATCLIFF, MARK RATCLIFF and AUSTIN
23
     RATCLIFF, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule
24
     of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice
25
     with each side bearing its own attorneys' fees and costs.
26

27       DATED: *May 29*, 2009        By: _____
28                                    Alissa J. Magenheim – OH Reg No. 0077563
                                      Attorneys for Plaintiffs: Gail Ratcliff,
                                      Mark Ratcliff & Austin Ratcliff
                                                -1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

1

2    DATED: July 20, 2009      By: _____

3
                              DLA PIPER LLP (US)
4                             1251 Avenue of the Americas
                              New York, NY 10020
5                             Telephone: (212) 335-4500
                              Facsimile: (212) 335-4501
6                             *Defendants' Liaison Counsel*

7

8

9
     **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,**
10   **IT IS SO ORDERED.**

11

12   Dated: JUL 2 3 2009

13                            Hon. Charles R. Breyer
                              United States District Court
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE